SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

MAR 27 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION
MARCH 2019 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **INDICTMENT** |
| ) | |
| v. ) | Criminal No. 6:19CR00010 |
| ) | |
| MALCOLM JOEL COLEMAN, III, ) | 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2) |
| a/k/a "flyinsqurl8585" ) | |

## COUNT ONE

The Grand Jury charges:

That between a date unknown to the Grand Jury, but probably by at least 2015, and in or about March 17, 2016, in the Western Judicial District of Virginia, the defendant, MALCOLM JOEL COLEMAN, III, a/k/a "flyinsqurl8585," did knowingly possess and access with intent to view at least one matter which contains any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and that was produced using materials which had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, and further that at least one depiction involved a minor who had not attained 12 years of age.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant shall forfeit to the United States:

1

a. any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of law, pursuant to 18 U.S.C. § 2253(a)(1).

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from said violation of law, pursuant to 18 U.S.C. § 2253(a)(2).

c. any property, real or personal, used or intended to be used to commit or to promote the commission of said violation of law, or any property traceable to such property, pursuant to 18 U.S.C. § 2253(a)(3).

2. The property to be forfeited to the United States includes but is not limited to the following property:

a. All such material containing the above-described visual depictions.

b. One (1) Computer, Cyberpower, Model: C Series, Serial Number 430178-H5BQC2;

c. One (1) Wireless Adapter, NetGear, Model: WNDA3100, Serial Number 2D4128B80D03C.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with a third person;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this 27 day of March 2019.

*s/GRAND JURY FOREPERSON*
GRAND JURY FOREPERSON

THOMAS T. CULLEN
UNITED STATES ATTORNEY

2

*USAO No. 2016R00178*